*David F. Borrino*, in opposition.

Decided October 19, 2004

### STATE STREET BANK AND TRUST COMPANY *v.* JEROME T. DUNBAR

The defendant's petition for certification for appeal from the Appellate Court (AC 25606) is denied.

*Jerome T. Dunbar*, pro se, in support of the petition.

*David F. Borrino*, in opposition.

Decided October 19, 2004

### STATE OF CONNECTICUT *v.* MATTHEW ABRAHAM

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 551 (AC 23690), is denied.

*Lisa J. Steele*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided October 26, 2004